# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

November 17, 2022

**APPLICATION GRANTED**
**SO ORDERED:**

/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 11/18/22
White Plains, NY

Mr. Neuman is relieved as defendant Berard's attorney. The Clerk shall terminate his appearance.

11/18/2022

Hon. Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Berard*, 22-Cr-252 (VB)

Your Honor:

   On May 11, 2022, I was appointed to represent Charles Berard pursuant to the Criminal Justice Act. Yesterday, Jonathan Avner Rosenberg filed a Notice of Appearance, indicating that he had been retained. Upon learning of that Notice of Appearance, I contacted Mr. Berard to ask him whether it was his desire that Mr. Rosenberg represent him on this matter going forward. Mr. Berard unequivocally expressed to me that he wanted Mr. Rosenberg to represent him on this case.

   Accordingly, I request that I be relieved from representing Mr. Berard and that the docket indicate that my representation has terminated.

Respectfully submitted,

/s/
James E. Neuman