UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA                    :

                                            :

v.                                          :          **ORDER**

                                            :          S2 22 CR 252 (VB)

CHARLES BERARD,                             :
                           Defendant.        :
-----------------------------------------------------------x

Due to a Court scheduling conflict, the hearing scheduled for November 29, 2023, with respect to defendant Berard's pending pretrial motions is ADJOURNED to **December 18, 2023, at 2:00 p.m.**

The Court will advise the parties as soon as possible whether an evidentiary hearing on that date is necessary or appropriate.

Because Berard's motions remain pending, time is excluded under the Speedy Trial Act through and including December 18, 2023.

Dated: November 21, 2023
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge