UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA :

v. : **ORDER**

CHARLES BERARD, : S2 22 CR 252 (VB)
                           Defendant. :
------------------------------------------------------------x

      The Court has determined that it will not conduct an evidentiary hearing at the next scheduled court date, December 18, 2023, at 2:00 p.m. That conference will proceed as scheduled. The Court anticipates issuing a bench ruling on the pending motions at that time.

Dated: December 13, 2023
       White Plains, NY

                                   SO ORDERED:

                                   Vincent L. Briccetti
                                   United States District Judge