UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
  UNITED STATES OF AMERICA,

v.

  CHARLES BERARD,
          Defendant.
--------------------------------------------------------------x

**ORDER**

22 CR 252-2 (VB)

    For the reasons stated on the record at today's continued hearing on defendant's motions to suppress, the motions are DENIED.

    The Clerk is instructed to terminate the pending motions. (Docs. #76, 77, 103, 104, 108).

Dated: December 18, 2023
      White Plains, NY

SO ORDERED:

*Vincent Briccetti* (signature)

Vincent L. Briccetti
United States District Judge