Samantha Chorny, ESQ.
SMC Law Firm
433 Broadway Suite 408
New York NY 10013
SamanthaChorny@smc.law

Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Charles Berard Case No. 22-CR-252-VB-2

Dear Judge Vincent Briccetti,

I am writing to you on behalf of my client, Charles Berard, regarding the conference scheduled for January 31 in the above-referenced case. Due to a trial engagement, I respectfully request an adjournment of this conference.

Currently, I am affirmed in a trial in Nassau County in the case of People v. Douglas Coudrey. This engagement significantly impacts my ability to adequately prepare and be present for the conference on January 31.

In the interest of justice and to ensure that Mr. Berard receives the attention and representation he deserves, I kindly request that the conference be rescheduled. We are available for a new date any time between March 12 and March 21. Mr. Berard currently has COVID and cannot appear on 1/31/24 either as he is currently contagious and sick.

Additionally, Mr. Berard is prepared to take a guilty plea pursuant to our discussions and in accordance with the appropriate legal procedures on the next Court appearance.

I apologize for any inconvenience this may cause and greatly appreciate your consideration of this request. We are committed to moving forward in a timely manner and are prepared to work with the court's schedule within the proposed date.

> APPLICATION GRANTED
> SO ORDERED:
> _____
> Vincent L. Briccetti, U.S.D.J.
> Dated: 1/30/24
> White Plains, NY
>
> The 1/31/24 conference is adjourned to 3/13/24 at 2:30 p.m. Government to submit proposed speedy trial order.

1-30-24

hank you for your understanding and attention to this matter. I look forward to your response and the rescheduling of the conference.

Sincerely,

*Samantha Chorny*