Samantha Chorny, Esq.
SMC Law Firm
433 Broadway, Suite 408
New York, NY 10013
Bar No: 5687306
Telephone: (718)-970-1990

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/24

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 7-3-24
White Plains, NY

July 2nd, 2024

The Honorable Vincent Briccetti
United States District Court Judge
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**Re: Request for Permission for an Overnight Stay at Hampton Beach for Charles Berard (Case No. 7:22-cr-00252-VB-2)**

Dear Judge Briccetti,

I hope this letter finds you well. I am writing on behalf of my client, Charles Berard, to respectfully request permission for an overnight stay at Hampton Beach with his family this upcoming Friday and Saturday, July 5-6, 2024.

Mr. Berard is currently on bond, and one of his bond signees, his cousin Christopher Nadeau, has a seasonal campsite at Wakeda Campground in New Hampshire, which is approximately 10 minutes from Hampton Beach. Mr. Berard wishes to spend a memorable time with his wife, children, and relatives before his upcoming sentencing. This would serve as a meaningful opportunity for family bonding and creating lasting memories.

Specifically, Mr. Berard requests to stay either at a hotel or the campground for one night, arriving on Friday and returning on Saturday by 8 PM. If feasible, he would prefer to stay for the entire weekend. However, he understands the potential constraints and would appreciate any accommodations that can be made.

If an overnight stay is not possible, Mr. Berard respectfully requests permission to visit New Hampshire for the day on both Friday and Saturday. He is concerned about the impact of his actions on his children and wishes to provide them with a positive experience before his absence.

Mr. Berard's pre-trial officer, Laura LaValley, has consented to this request. Please feel free to contact her for any further information or clarification.

Thank you for your consideration of this request. We are grateful for your understanding and support.

Respectfully,

                                                SMC Law Firm PLLC

                                                <u>/s/ Samantha Chorny</u>
                                                Samantha Chorny, Esq.
                                                Attorney for the defendant
                                                samanthachorny@smc.law

TO:

Honorable Judge Vincent Briccetti

United States Attorney's Office
Southern District of New York